E-FILED
Thursday, 04 January, 2018 02:55:24 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Illinois

John D. Haywood B44617 )
_____ )
_____ )
_____ )
*Plaintiff/Petitioner(s)* )
v. )
Illinois Department of Corrections )
Director, )
Warden Warth of Lawrence C.C. )
Warden Butler of Menard C.C. )
*Defendant/Respondent(s)* )

Case Number: **18-3003**
(Clerk's Office will provide)

☒ **CIVIL RIGHTS COMPLAINT**
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ **CIVIL RIGHTS COMPLAINT**
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ **CIVIL COMPLAINT**
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

**FILED**

JAN 0 3 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## I. JURISDICTION

### Plaintiff:

A. Plaintiff's mailing address, register number, and present place of confinement. Lawrence Correctional Center
10930 Lawrence Rd. • Sumner, IL. 62466
John D. Haywood B44617

### Defendant #1:

B. Defendant Dir. _____ is employed as
(a)  (Name of First Defendant)

Director (Illinois Department of Corrections)
(b)  (Position/Title)

with __Illinois Deptment of Corrections__
(c)  (Employer's Name and Address)

1301 Concordia Court • Springfield, IL. 62794-9277

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government? ☒ Yes  ☒ No

If your answer is YES, briefly explain: for A part of the complaint
March 2016 Till Present Day !

**Defendant #2:**

C.  Defendant _Warden Kimberly Butler_ is employed as

(Name of Second Defendant)

_Warden of Menard C.C._

(Position/Title)

with _Illinois Dept. of. Corr._

(Employer's Name and Address)

_1301 Concordia Court, Springfield, IL. 62794-9277_

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?  ☒Yes  ☒No

If you answer is YES, briefly explain: for pents the assualt in 2014
By % Maue (yes) But not for the entire 9 years of
violations!

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).

Dr. Linserman of Menard C.C. (I.D.O.C. - Wexford)
Werden Connors of Menard C.C. (I.D.O.C.)
Warden Gates of Menard C.C. (I.D.O.C.)
Dr. Sheirei'J of Menard C.C. (I.D.O.C. - Wexford)
% Maue of Menard C.C. (I.D.O.C.)
% Chandlen Estate of Menard C.C. (I.D.O.C.)
Serg. Wells of Menard C.C. (I.D.O.C.)
Lt. Beylon of Lawrence C.C. (I.D.O.C.)
Werden Lamb of Lawrence C.C. (I.D.O.C.)
% Tubbs of Lawrence C.C. (I.D.O.C.)
% Adams of Lawrence C.C. (I.D.O.C.)
(Rev. 7/2010) Werden Goings of Lawrence C.C. (I.D.O.C.)
Mrs. Cunniszhem of Lawrence C.C. (I.D.O.C. - Wexford)
% Predi' of Menard C.C. (I.D.O.C.)
Dr. Shef Lawrance C.C. (Wexford)
Nurse Collins Lawrence C.C. (Wexford)

*Nurse Tammy, Lawrence C.C. (Werden D)*
*Robinson Medical and Warden Donahue C.C.*
*Big Muddy C.C. Medical and Administrator Sherri harvest*

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court relating to your imprisonment?                    ☒ Yes    ☐ No

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. Failure to comply with this provision may result in summary denial of your complaint.

1.   Parties to previous lawsuits:

*Defendant Plaintiff(s): Champaign County Illinois; States Attorney Julia Reitz Sheriff Dep Curt Apperson, Dep. Sherwood*

*Petitioner — Defendant(s): Joh- S. Heywood Pro Se B44619*

2.   Court (if federal court, name of the district; if state court, name of the county): *Sixth Circuit Court of Champaign County Ih.*

3.   Docket number:

4.   Name of Judge to whom case was assigned:

5.   Type of case (for example: Was it a habeas corpus or civil rights action?): *Wrongful Death and Wrongful Incarceration*

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *a Not Still Pending!*

7.   Approximate date of filing lawsuit: *(6-2012)*

8.   Approximate date of disposition: *(12-2014)*

III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution? ☒ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner
grievance procedure?                                              ☒ Yes   ☐ No

C.   If your answer is YES,
1.   What steps did you take? Grievance to Counselor; To griever officer
To A.R.B.

2.   What was the result? Dismissed - Denied

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you
complain to prison authorities?                                  ☐ Yes   ☐ No

F.   If your answer is YES,
1.   What steps did you take?

2.   What was the result?

G.   If your answer is NO, explain why not.

H.   Attach copies of your request for an administrative remedy and any
response you received. If you cannot do so, explain why not:

When Transferred from Menard to Lawrence, Menard kept
all of my Grievance Paper Work, which were in A Manela
Envelope marked Grievances! It was intentional!
March 9, 2016.
Years of Transfers and Shake downs

(Rev. 7/2010)                                              4

IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel
your constitutional rights were violated. Do not include legal arguments of
citations. If you wish to present legal arguments or citations, file a separate
memorandum of law. If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph. If your claims
relate to prison disciplinary proceedings, attach copies of the disciplinary
charges and any disciplinary hearing summary as exhibits. You should also
attach any relevant, supporting documentation.

#1.) In 1995 while at Robinson C.C. A new tumor reappeared on the top of my left foot. I informed Healthcare, and was told it was only Scar tissue! The tumor grew from Dime size to Quarter size, and I went back to Healthcare and was told I was an hyprocondriact and if I came back with same issue I would go to seggregation!

#2.) In 1995 while in Robinson C.C., while participating power lifting, doing Squats blew my back out and became a pareplegia totally paralized from waist down. Healthcare said I was faking and had me put to Seg. for almost two weeks, where I had to crawl accross the floor to get meals three times A day, and subject to being poked and stuck by nurses with safety pin's, needles, Het pins, and hot pins from my tor's to my scrotom two to three times A Day (which produced no movement!) tively after two weeks in the middle of the Night I was taken to Big Mudely C.C. By Suburbeon (But Robinson Healthcare told Big Mudely Healthcare I was a hyprocondriact and faking for attention, So Big Mudely Refused any medical treatment for the tumor on left foot or my back as per Robinson c.c.) A year later my left foot was partaily amputated for bone cancer!!! And Afterwerd Deputy Director Mike Neal forced Big Mudely to allow me to See an Orthopedic Specialist for my Back and leggs and within A year of treatment an therapy I was up walking on quad canes? (WAS released in 98 and returned in 2000, and again in 2006.)

IV. Statement of Claim
   A.) page 5-B.

#3.)  In 2007 November arriving at Menard c.c. with the bone blows out back from 1995, an amputation left foot from 1996, with also a broken tibea from 2001, and a broken heel bell of left Ampatee is 2005, and reinjury to back in 2006 which "perilized" me again all stem from Robinson c.c. injuries! So when I arrived at Menard c.c. I had a weight diaplacement brace c, I a chein back brace, which "Dr. Pinnerman" took as placed me on the third floor of Heathcare, stating Menard is not handicap essesible and your classified Maxium Security you'll be up here in A wheelchir for your entire time here! I wrote Werden Cowden for Emergence Medical transfer to a Medical Institute (Big Muddy) Warden Cowden wrote that I had to be in Menard for at least 6 months before I can request a transfer! Next day at 2 am Dr. Pinnerman came in as told me get my stuff, nobody goes over his head he called me a few choice vemes and told the C/O to take me to the elevator with the wheelchir, which he did, but told me I had to get out of the wheelchir at the elevator per Dr. Pinnerman. I was dumped on the floor at the elevator on the floor, and rode down to first floor, where the Sergest told me if I did not make it to North One Housing Unit before the next live run's or they will send me to Segregation pre Dr. Pinnerman I crawled out onto front street where Lt. Aureham heal frost street and came into Heathcare and demanded a wheelchir for me, and was told by the sergest that Dr. Pinnerman said no wheelchir and if Heywood don't make it to North One before next live take him to Seg. Lt. Aureham sweped and stoped to outside grounds workers to bring a cart over and put me on the cart and took me over to North One, at

IV.

Statement of Claim
A.) pegs 5-6.

Which the house sargent Bonner told me I would be on 3 gallery (upstairs) the gallery workers took my stuff up but I (Haywood) had to crawl up the stairs on my butt, once I got up to 3, the workers put me on A gallery east and took me to my cell!

4.) In December 2007 I (Haywood) was moved from North One 3 gallery to the West House 1. gallery 2. cell close to the shower, and placed on Permenent Lay-In which lasted from December 2007 to March 2016 almost 9 years! (No yard; no chow hall; no gym; "No Chaple"; No wheelchair could not go to haw hibrary; No go to commesery; NO Programs!)---- I could only go to Healthcare and back to my cell, and that was the only time I could use A wheelchair. Except in feburary 2008 right after a blizzared I had A Dr. Call pass and my gallery, % west and got the ATV. Ambulance that was in A cage infront of Healthcare, came as get me from West House to healthcare to see Dr. Linnerman at which time Dr. Linnerman yelled at me that I never had cancer and Dr. Linnerman told the % Miller not to use the ambulance to move me around, at that time West House Sargent was coming down the hell from buying Pop's and heard Dr. Linnerman yelling at % Miller and me, and came into the exem room and asked what is going on! Dr. Linnerman said % Miller could not use ambulance the Sargent informed Dr. Linnerman he would use the ambulance anytime he wanted! Two weeks later Dr. Linnerman had the cbulance A closure torn down, and got riel of the ambulance!!!

IV.    Statement of Claim
       A) page 5-1.

5.)  In 2011 I (Heywood) was moved to North One 2 gallery
which used to be  P.C. behind the steel doors with the box
as the door, and a few cell's down was the ongallery shower's
but had not been used in year's. Myself and another inmate
cleaved out the shower, but the water would not go down
the drain, we informed %. Steward our gallery officer, who
called maintence who came but without a snake? In 1982 I
accidently cut off my big toe with a skill saw on my right foot, it
was reattached!  In 2011 do to the stagnent water in North
One showers I get a bad staff infection in that big toe.
Had often several different antibiotics finally Dr. Newewaby
had to do surgery (cut open the toe and pack it with
gauze with antibiotics, and every two days pull it out and
repack it (Painfull) But during this time I messed went on
a level one lockdown, and for two weeks noone would take
me to Healthcare to get dressing change, The %'s change during
lockdowns and all of them told me that Healthcare had not called
for me and they were not required to call healthcare for me, If they
wanted me they would send for me! Until % Laura came back from
her vacation and asked how I was doing, and I told her
she went and called healthcare, and I then took me to healthcare
within the hour! Had to start the process over! (Painfull)!

6.)  In 2012 Major Liarla speak to me about moving me to
South Lowers to test putting handicaps over there, shower at
end of gallery and a yard off of the gallery!

IV.    Statement of Cleim
        A.) page 5-6.

Upon moving I met the senior officer C/o Maue, who did not
wantthe handicaps in South Lowers, so he gave me a hard
time about the shower, he refused to allow me to use the
shower alone as I have to use the handicap chair and be
seated C/o Maue told my (you have to have the chair, but you can
go with everybody els) The shower holds 32 mes at a
time is the water and maybe another 10 waiting, and I was
Suppose to sit naked inbetween 31 naked mes ? So I
stopped going to the shower, a Lt. asked one night why I
wes not showering and I told him, to which they started
running me by myself ageis, which upset C/o Maue!

7.) In 2012 C/o Predi' who was not my gellery officer wes as I gallery
etter using the bathroom. As is my religious (christain) custom
at about 6 pm I read my Bible and Pray, on my knees at my
bar's. When I got up C/o Predi was standing infront of my
bar's and shock his head, and (seid I wouldn't do thet if
I wes you!) and walked off. Two days later, as I got
up from Praying there he wes C/o Predi, and he asked me
for my I.D. which I gave him, he left and came back with
a Lt. (We were on level One lockdown) who told me to "cuff up"
I asked why he seid (Disobeying A Direct Order) I asked could I
pack my own stuff, (No!) I informed them I needed to
Wheelchair! C/o Predi said (you don't use A wheelchair when I took
you to commosary) I told him Im A permost LAY-IN, I
don't go to commosary, and you have never took me a gywhere
I need A wheelchair. C/o Predi celled and said I wes refusing

IX.    Statement of Claim
       A) page 5 f.

To go to segregation, and Major Brown came, and said what
is going on I told him (he's walking me for Praying) and it is
him that is refusing me to wheelchair! C/o Predi' told Major Brown
he dont need to wheelchair! Major Brown told C/o Predi' to
go to healthcare and get h wheelchair If he wants O to take
me to seg. 6 The Ticket read (I told inmate Haywood he could
pray on the gallery, such activity is are only allowed at the
chaple, and Haywood told me he does what he wants!)
(lies) (Permenant Lay In cannot go to chaple!)
I saw Adjustment Committee, who said they were throwing out
the ticket based sending me back to South Lower's as soon as room
was available! So I was in h Seg Cell for two days
and then moved to North Two S gallery Seg-kickout?
were I stayed 52 days? But on my 22nd day I got h
notification that I had received 3 months C. Grade? ?
When I Inquired to the adjustment committee, I was told
thats what the computer did?

8.) In 2014 while at Menard C.C. South Lower's C/o Moue had
his chance to get rid of Haywood! Haywood was moved
to cell 1 on 1 gallery which is h gallery worker cell right off from
the Sergants cage! My 4th cellee was Brian Doyle h Diabetic
who also had h Bottom Bunk permitt (Im Permenant Lay-In
can't walk Permenant Bottom Bunk Low Gallery). Doyle
didn't want to tell C/o Moue cause didn't want to loose job
but instead decided to force Me out of the cell!

IV.    Statement of Claim
       A) page 5-6.

In may 2014, Doyle started arguement before he went to work
and left. Haywood packed all of his stuff, to walk himself
at shift change, as we were on Quarestine lockdown from Salmasilla
(under cooked chicken) and New roof! Doyle saw Haywood's
property packed and got %o Mrs. k. who was acting Sargent at
that time and day! Doyle told her (Haywood has packed up and
is acting very aggresive) %o Mrs. k. came around to cell 1.
and asked Haywood why he was paked up, Haywood said
(I've asked her for weeks to move me, I've got nothing to say!)
%o Mrs. K. said she would come back later after I had calmed down
and left! Right before shift change %o Maue and Doyle came to
the cell where Doyle got his shower stuff and told %o Maue
that (He's got this?) After worker showers %o Maue, %o K.
and 3 other %o's plus one other %o above my cell on 3 gallery!
%o Maue took the cell key's and told %o K. (they are both me)
let them handle it!) %o Maue open the cell and sent Doyle into
the cell to fight Haywood. Doyle came in postured to fight, but
Haywood fired first, and Doyle ran out of the cell over two
%o's, Haywood swung so hard he fell over, headed face first
to the floor, when %o Maue steped into the cell and caught
Haywood in a full frontal head lock, and pulled Haywood out
of the cell and went MMA Wrestling stood Haywood
upside down and suplexed him onto the concret floor
and then %o Maue engaged in a full frontal choke hold
facing me head on, and %o Maue kept sinching up in an
attempt to "break my neck", every time he'd sinch up, I'd crawl
forward so he couldn't break my neck!!! The guest lt.
came onto 1 gallery knowing nothing of what was going
on! And saw me (Haywood) on the floor with four gaurds

IV.    Statement of Claim
A.) page 5-H.

on my back and C/o Maue choking me to death (The Lt. told
C/o Maue to get off of Heywood, let him go before you kill him!)
C/o Maue finally released the choke and shoved my face into the
floor and put his knee in the back of my neck! (the Lt. told
C/o Maue to get off of him Now!) the Lt. told C/o Beathrow
to go and get a wheelchair! At that point I was in and out
of conscieusness! C/o Beathrow came back with a wheelchair and
the Lt. told the officers to pick me up and get me into the chair
and the Lt. called Healthcare to let them know he was bringing me
to be checked, while he was on the phone at the front door, C/o Maue
was standing over me like a rabbid dog about to strike, the Lt.
pushed him back and positioned himself between C/o Maue
and me (Heywood) and told him to go cool off Now!
The Lt. took me to Healthcare, but I could not speak due to the
choking (couldn't speak for over 4 days), Lt. told healthcare it was
a cell fight, then he took me to segregation 4 gallery which he
himself carried me up the stairs! (My Property was still in the
cell packed, and it was left with Brian Nagle until the next
day?) (Supposedly Shift change?)! Later that night the Nurse
came to see me, and as best I could, I told her, I needed to
see a Dr. (Elbow broken and neck injured)!
within 4 days I got to pass for the Adjustment Committee on the
fifth day, and on that day C/o Chandler C/o Maue's best friend
had 4 gallery Seg. (He had work South tower's with C/o Maue, C/o Nagle
and were known to beat down old men inmates!!!) C/o Chandler
came to my cell and told me he would be to get me before lunch
get ready, I told him I need a wheelchair, and he left!
Lunch came and went, and it was 2:pm before I saw
C/o Chandler again, and I said (What about my ticket, I'm

IV.  Statement of Claim
A) page 5-1.

C/o Chandler told me I had refused. I said No I did not
C/o Chandler said when you asked for A wheelchair you refused!
And the committee found me guilty of A Staff Assault for falling
on A officer, because I had refused to come to the hearing
and 'give any exonerating evidence!
     Which time of two almost three week's A C/o came and
got me in A wheelchair and took me to healthcare to see the
Dr. who put me on the 3rd floor Seg cell, took X-ray's of
my neck? and my Elbow? (Three weeks later?) I was
told there was nothing wrong with either (But to this day I
can still move a piece of my Elbow, and I got the X-ray report
which speaks of the fracture!) But I was never treated
at Menard or anywhere els!) I was kept in healthcare
for over 3 weeks with No treatment? until there was A T.B.
outbreak (Supposedly there was no room in the handicap Seg Area)
but was moved back to Seg. to reg. cell and move every two
week from 2 gallery to 4 gallery up, down, they would have
Inmate gallery workers carry me up and down the stairs
several times!) At this time I was under the impression that
I (Heywood) was in Seg. for a cell fight 30 day maximum!
I saw Warden Buttler walking through and stoped her and
told her I was over 30 day's and they wont let me out
of Seg. and that I had never gotten A Decision from the
adjustment committee, but for a cell fight which I hit nobody
is generally 30 day's.' Warden Buttler said Heywood you got
a staff assault and you got 90 day's and you're very lucky!
I (Heywood) said No Mam I don't have a Staff assault
(Director Gordinez had told Warden Buttler to Transfer Heywood
to medical Institution Big Muddy!) Warden Buttler said I'll

IV.    Statement of Claim
       A) page 5-J.

That she would send me a copy of Committee Report and
Decisions ! And she did (staff assault-felling an officer ?)
(If C/o Maue had not come into my cell I would have fallen on the
floor ! He chose to catch me so he could kill me !) As there
was a staff assault why no code called, no Lt. called, no
Major called, and it is in healthcare records cell fight !
And the fact that C/o Deathrow, C/o k, C/o Maue who all know
there was a problem between cellers Haywood and Doyle hours
earlier never reported it to the guest house Lt. that day, and
further violated procedure and all security protocol is that Haywood
and Doyle were already separated that cell door was not suppose
to open without a Lt. present ! And C/o Maue threaten to spray
me with mace ! When I got my property list, there was
over #200⁰⁰ worth of property missing (Sony Walkman and earbud ;
18 tapes ; New never worn Rebox Tennis Shoe ; and several other
items )---

9.) In 2014 I was told that Menard had no were to place me , as
C/o Maue and inmate Doyle felt unsafe with me being in South
Lower's, and they could not keep me in Healthcare 3rd floor ; nor
could the house me in Seg. A-Wing, as it is segregation !
So I was shuffled from (South lower to North 2 , to North 1, back
to North 2. non of which is handicap accessible !) between 2014 and
2016 when finally transfered to Lawrence C.C. !

IV:     Statement of Claim
        A) page 5 - K


10.)  In 2016 while in North #2, the flood came, and afterwards
I was so sick, couldn't breath and weak! I wrote healthcare
several times, and told the nurse at med line every night for two
weeks! Finally my 5 day-a-Week C/O told me to get dressed, and
he went and get a wheelchair and took me to healthcare and he told
the Doctor this man is dying in my gallery and I can't watch it!
the DR. had them take me to the 3rd floor, and take X-rays, and
I was told I had Nuemonia, and was given antibiotics, after
4 days I got worst, they changed my antibiotics, but it helped
None at all! Then I was told that I was being sent back to my
house and cell! When I get to my cell my 5 day-a-Week C/O
told me to get my property ready the workers would be coming
for it and what size jumpsuit I needed, that I was being transfered
in the morning to Lawrence! found out in August 2016 from
Cork foundation Hospital not Nuemonia by Terminel Pulmery Sarcoidoses
and Congestive Heart failure!


11.)  On March 9, 2016 at 5:am Third Shift C/O awoke me to get
ready for transfer, I told him I needed a wheelchair, he told
me it said nothing on the board about me needing a wheelchair
I told him I'm a permit HAg-Iv I only go to healthcare and
to a wheelchair, I need one please! He went and get the Sergest
who said there is nothing, I called healthcare they said there
is nothing that says you need a wheelchair! So you either walk

III.    Statement of Claim
        A.) page 5 - L.

or stay here! So I (Haywood) took off the jumpsuit, and
rolled out the mattress and laid down! The C/O and Sergeant walked
away! After 15-20 mins the C/O and Sergeant came back with a
Lt. who asked whats the problem, so I explained my situation
(Permost LHy I's wheelchair bound, never leave cell but to healthcare
as needed not handicap accessible!) the Lt. saw my left is
amputated and told the C/O just go and get a wheelchair and
take him to the chaple! The C/O went and got a wheelchair, and
came and got me and took me to the chaple, and when we get
there everybody els had already be strip searched, the Lt. at the
chaple told the C/O who brought me he had to search me, So he
asked me to sit in a chaple seat and hand him my jumpsuit
which I did and my shoe's, he handed me everything back
told me to get dressed, and as I was getting dressed the C/O
started leaving with the wheelchair? I said What are you doin
he said I got to take the chair back to healthcare? (north #2 has
several wheelchairs on K-Wing!) I said how am I suppose to get
around there and to the bus? (After a flight is the chaple they
gated the chaple off into 4 different sections, which means I
had to go all the way down to the stage and accross the length
of the chaple and then back up the other side to get back to
the door to get out to the bus? The Chaple Lt. came over
and said lets go, I said I need the wheelchair (Also I wearing
a medical mask!) the C/O said I have to take this chair back
to healthcare, the Lt. told the C/O to take the chair back, I said
what am I suppose to do, the Lt. said get on the bus or stay
its up to you! Then the Lt. told a Serg. and another C/O watch
this! So I got on the floor and crawled down to the stage
and over to the other side and I ran out of breath on my way

IV.    Statement of Claim
(4) page 5-M.

back up to the door, and I fell flat on the floor, I could here
the Lt. say you better hurry we're leaving (they were laughing!)
I also heard two Inmate who were in line say. we got you old
timer, and they picked me up and carried me, even though
the Lt. told them not to! Once outside the Lt. told them to put me
down or they would go to seg. So I told them to put me down
So I crawled across the pavement and up on the bus, the driver
knew me from when he had healthcare 3rd floor, and he helped
me on to the bus! When we got to Lincoln Correction Center
the driver sent the other C/o to get a wheelchair for me and
he himself and a Inmate carried me off the bus to the
wheelchair! And the other C/o took me over to howsever
bus where there was a line outside, the bus in the rain (mind
you I have Amesten!) there was a "Lt. Beyler" in the driver
seat, who instructed the C/o's to load everybody but me? After
everybody els was on the bus, Lt. Beyler told me (Nobody is going
to help you. So I don't how you get on this bus crawle or
walk!) So I got out of the wheelchair and crawled
through the mud and rain and up on onto the bus, Lt. Beyler
was laughing! There was an older C/o on the bus who started
to try on help but Lt. Beyler said (He can make it) had
when we got to Lawrence C.C. they unloaded everybody els first, and
then I had to crawle off the bus, but there was a wheelchair
right outside the bus, I got into the wheelchair, I was taken
by a Sergent to 3 house no hadicap cell, I couldn't breath
I told him I have Nuemosia, he said he would call
healthcare he helped me out of the wheelchair and into
the cell onto the bed! After 30 min I pushed the emergency

IV.   Statement of Claim
(4.) page 5 - N.

Several times after about an hour h % came, but I couldn't
speak cause I couldn't breath, he left and came back about
20-30 min with h nurse and h wheelchair and took me to
healthcare where she Imediately gave me h breathin treatment
I heard he say he was suppose to have been brought here
he's got to go to the back ustill he see's the Doctor!
But I was put into h Seg. Cell where there was h bench
with h mattress on it.? It was h large room the sink on one
side and the toilet on the opposite corner, and the Nurse and
healthcare % helped me onto the bench, and she took the chair
I said I need the wheelchair to get around, the nurse told
me (our Dr. dont just give out wheelchairs, he dos't fell
for you guys Tricks!) and they left! In The morning another
nurse came with medication, but only to the chuck, I said I can't
walk, she said err you refusing! So I crawled across the room
to the door and got my medication, and then crawled across
the room to the sink to get water! And then back to the bench
and a hour later came food but only to the chuck? The %
called somebody to (Watch this!) So I crawled over and get
my tray! And set on the floor and eat! So I pulled the mattress
off of the bench to the floor and just stayed on the floor!
In the morning I was told that the Dr. Coe was on vacation, and
that I couldn't have "the mattress" on the floor, I said well I need
a wheelchair, (the nurse told me, we don't fell her all of that) So I
stayed on the floor! So for h week a little over I crawled around
like h animal to get my meals and use facilities, (No shower;
no clothes, semi mud/berusted jumpsuit, No Soap) they
only came to the cell for breathing treatments twice h day
never cleaned the cell!

IV.  Statement of Claim
     A.) page 5-O.

12) In 2016 after leaving Healthcare and waiting to see a Pulmonery Specilist, I was in 5 house as it was the closest to healthcare Because I needed an emergency breathing treatment. Dr. Coe had issued me permitts (lowBunk, lowGalley, two mattress + clear cell everyday, wheelchair, ) In July my Mother passed away and that same month my Wing %o changed to %o Tubbs, Who started with my Ice permitt, and told me he would not give me Ice, which I didn't understand because, I came back from law librery the day befor with other Inmates who all asked him for Ice and he gave us all Ice? After that %o Tubbs stoped me and my ADA attendent from cleaning my cell with the cleaning Supply's he asked for my permitt and said it don't say cleaning Supply's, So I had Dr. Coe change it to with cleaning Supply's then %o Tubbs said it didn't say bleach or Pink Soap, and then %o Tubbs came to my cell one day and asked to see my permitts I gave it to him and he wrote on my permitt (Ice canceled as of Date Per %o Tubbs and healthcare.) I started writing grievences, I wrote 25 on %o Tubbs, Who later stoped me and my Attendent from cleaning the shower chair. Said he would do it, that he had worked on an ambulance and knows more about what I need or don't need then I do! For fear of %o Tubbs my Attendent quit as Tubbs started shaking him down and his art supply's disapeared!!! I wrote and told everybody It. Counseler, Majors, Wardens My So Called and %o Tubbs tried to hexcuff me + finally Warden Coolings Came to see me and told me not to write another grievence

IV    Statement of Claim
A) page 5 - P.


against C/o Tubbs he was made aware of the problem after
the first grievence (but it took 4 months for Warden Garry's to
respond # 2 Warden of Security.) The Warden told me, you
don't have to Tubbs problem, you have a Permitt Problem, to many
permitts and they should not be "Indeferent".) -- Warden
Garrys then called Mrs. Cunningham (Healthcare Administrator)
and told her he wanted my medical Permitts taken off! He told
to make me an appointment with the Doctor A.S.H.P. this week!
Warden Garry's hung up and looked at me and smiled and
said see all takes care of. I went back to my cell, in
two days I got a pass to see Dr. Shev, I went and
Dr. Shev told me I was there to fix what the Administration
wanted fixed, I (Haywood) said what is that, Dr. Shev said
all of these permitts and to make you permanent part Healthless
you will live in the back! I asked Dr. Shev to look at my
permitt's and the Dr.s Signiture, is it not of your boss the
Deputy Medical Director of Illinois Department of Corrections, so
please let me know if he feels I need the permitts and don't
need to be in the back, but you do, who is wrong, who
is incompetent? Dr. Shev called the healthcare C/o Schsses and
told him to remove me that I was done! That night I
wrote a grievence against Warden Garrys (is that I feared for
my Life) No more was said about my permitts!
    But C/o Tubbs would not stop the harrasment, it got
worst he would totaly refused any of my permitts, and would
shake down my cell and throw away my commesery I bought
telling me it was in the wrong place or in the wrong package!

_IV._ Statement of Claim
A.) page 5 - Q

So I said to the Counselor, ("I'm tired I just lost my Mother and within a month of that found out was Terminally ill. and I've got hit, and now Tubbs, and nobody will deal with him, what happens when I get to the point of, I'm dying who can I take with me?") The next day I was moved to 4 house where I remain to this day! Yo Tubbs was made to lt. and there for some reason gives the zones I live in which covers 4 house, but recently he was wearing Sergants Uniform? But no more problems with him!¹⁰

13. In 2017 february after me writing Personal property, over the last almost year (March 2016) how come my CD-20 headphones never went out to boss to be fixed in february they Allwell took $9.⁰⁰ for repair and $3.75 for postage⁰¹ April 20ᵗ I wrote personel property, no answer, so I spoke to my Counselor Mrs. Bean who said she would check on them I showed her my account balance where the money had already been taken! So in May 2015 Mrs. Bean told me property does it have my CD-20° they never came back yet! So I wrote boss myself, who responded in June 2017, that they had never recieved the headphones or payment, to have the institution put a tracer on them! I gave mrs. Bean a copy of

IV.     Statement of Claim
        h.) page 5-6.

of the Loss Letter and she told my to write h grievance
So I did which she (Mrs. Bees) heesed? and responded
would I accept h replacement pair and they were reimbursing
me the $9⁰⁰ the check was found (that means they never left
Lawrence C.C.!) and that they could if prove my CL-20's
were under 5 year's old (They minus 20% per year depriciation)?
    I responded (yes I'll take h replacement) and I told
her I could prove my CL-20's were under h year when I got
here (Nobody knows who broke this cem?) But I've never
touched them since I've been here at Lawrence as March
27, 2016 personal Property told me my CL-20's cem was
broken which is the same as altered, and I could
either send them home an destroy them, er send them
out to be fixed at Koss, I choose to fix them! So in
December 2017 h ½ came to my door, and told me to come
out of my cell, he was there to shake my cell as per the
administration for CL-20's headphones, which he did (why?)
(I'm in h wheelchein, you think nobody saw me go out of my
cell without h key, leave the building, and go to Vac Edn
building into property and behind Things gate and get my
CL-20⁸?) ——— h week later I got h Statement from
the grievance officer that they were going te reimburst the $3⁷⁵
for postage, but would give me nothing for my CL-20's.

IV.   Statement of Claim
      A) page 5 - 9.

14.) On November 24, 2015 I went to healthcare, and when I
got there I found I was to see Dr. Shev ? He's not my Doctor
Dr. Armiel is ? Dr. Shev proceeded to take away my High Blood
Pressure Medication that Dr. Armiel (Medical Director) had just
given me and uped my Heart medication ? So I told him
It took over a month for me to get one of my medications
and I'm out of my "Lesix" now ( I take close to 30 pills per day
I said the wrong one, I should have said "Potassium"). —
Dr Shev called Nurse Collins and asked her to find
out why I don't have my "Lesix", Nurse Collins came
back with a Sergeant and a C/O and called me to him
and said she was having my cell shook down, Dr. Shev
never addressed her, so neither did I.  And then the Serg.
put me in a Seg. Cell, until they shook my cell, then they
came back with all of my medications in blister pack's which
I'm suppose to have? What I didn't know is that Nurse Collins
told the Lt. Butthim that I told her I had no Medication
(I never spoke to her, and she was not present when I spoke
to Dr. Shev ?). — — Nurse Collins told Lt. Butthim to take me
to Seg. which he said no and asked her which cos he have
and Nurse Collins said none of them I'm keeping these
he cos have the antibiotics, Lt. Butthim took my back to my unit
and told me what Nurse Collins had said! (So we never
got to I was out of Potassium !!!)

IV.  Statement of Claim
     A.) page 5-T.

That evening when Med line was run, I went out to see the
Nurse who gave me my medicetion along with the higher dose
of "Corer," Heart medicetion and we High Bleed Pressure
er Potessium, I told the nurse I had teken the Corer eerlier
this morning megby I shouldn't teke it new, but she seid
Dr. Shev up the dosege efter thet, you need to teke if!
I wer peeing every 30 min ell night, by 8 em I fell out
(Dehydreeded) my celler celled for help, the geurd to come
esd k ht. (I wes out of it, but I could hear, but I couldn't
Speek.) So I heerd my ceiler tell them thet (yesterdey heelthcere
took ell of his meels, but he went to med line this morning
et 5 am, but I dost know if he took eything!) —— —
    I got to heelthcere esd Nurse Temmy Dowty seid ell the bet
He overdesed (His ceiler seid he hid e bunch of pills esd took
e heed full this morning!) Nurse Temmy celled I.A. (internel
effeirs) esd told them I (Heywood) hed overdesed, esd whet
she cleims my ceiler heed seid to her! Then they sent Lt. Bettrim
to shete dewn my cell (hs perher lie!) whe ceme beck with the
Pemeler esd Mobic esd Bectrim esd Cold pills esd Coreur ell ere
mist esd I'm suppose to heve (Whet I didst knew is thet Pemeler
is h"Psycotrepie" Without out my permissien!) — — —
So I wes es h gurney es h beck beerd strepped dewn, esd telling
(I need weter Dehydreted) ever esd ever, but Nurse Temm
would ellew esybedy to give me weter ustill I tell her whet
pills I took, So I ley there useble to swellew literelly dying
ceuse I'm so dehydrete esd without Petessium or Selt!!
I'm is the Treeege reem fer ever two hours ustill they finelly
decided to put me in the beck fer 23 hour observetion! (Cewld it
be with e overdose & should heve been deed by then?)

IV.    Statement of Claim
       A.) page 5-U.

When I get to the back I get the porters to get me water, and I drank alot mybe 8 glasses is 10 mins, which meant I heel to pee, I asked for help and I was out her the Count on the floor I heel to al hit my head ceuse when I died stete to came too I had to threw up! (Leucasien) They celled for a ambuleser it came and there was Nurse Temmy pushing me in my chest with he kuockle (it hurt so bad) and I could hear her telling the EMT's I had overdosed to the point the EMT said yeh he's jecked up off of something! They streped me to A flat board egein put me in the ambutee with two ladies as beceuse they were told I wes an overdose they didn't weit to get an I.V. going She took off, over humps and bumps and railroed Tracks, all the while trying to get an I.V. stated cutting me with needle, and jabing in and out several times with no sucess, but well metal up my left erm with life tome merks. And I'm pretty sure she stuck herself ceuse she then aske if I heel kid's or Hiv or Hepptides I said no but I don't know her history L'h (I need to) ~ ~ ~ Ereybody kept esking whet I took, I kept saying I dehydrated but beceuse Nurse Temmy told them I wes an overdose they ingnored me and treeted like I wes lying to protect myself so I wes treeted with contempt!!! I'ir get a blewn out beck and two broke knee ceps, So being streped down on the flat board wes causing me the werst pein ever! I wes begging them to releese the straps but (I'm considered Suicidide () they refused and kept me like that for four hours until the blood test ceme back which showed No Drug's in in my System and dengerously low Potassium and Selt level's (At death's Deor!) then I wss esked by the Dr. why

IV. Statement of Claim
A.) page 5 - V.

I had not told nobody!? They fed me and gave me
Two ½ bag's of fluids, and everything to drink and 40 mg.
of Potassium! After 8 hours I was back at Lawrence C.C.
under observation, the next day I went back to my cell
at which I got a major ticket for the pills, and that
is when I found out that Pamelon was a Psycotropic
drug! And recieved 3 month C-grade, 3 month B-grade
6 months of no contact with my family when I'm Terminal?
No recreation, no commesery!
And to this Day I've still not gotten my High Blood Pressure Medicine
but on 12-29-17 I almost had a Stroke as blood Pressure is
threw the roof!

V.  REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

Actual Damages and Punitive Damages
has Attorney Appointed to handle as it is complicated)
I'm leg person with limited law Library access

VI.  JURY DEMAND (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: __12-29-17__
(date)

__10980 Lawrence Rd.__
Street Address

__Sumter, FL 62466__
City, State, Zip

_____
Signature of Plaintiff

__Sehn D. Heywood__
Printed Name

__844615__
Prisoner Register Number

_____
Signature of Attorney (if any)

(Rev. 7/2010)                    6