IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN D. HAYWOOD, )
)
              Plaintiff, )
)
vs. ) Case No. 18-cv-21-GCS
)
DIRECTOR IDOC, ET AL, )
)
              Defendants. )

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

    **IT IS HEREBBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 2, 2020 (Doc. 71), Judgment is entered in favor of Defendant Feinerman and against Plaintiff, John D. Haywood.

    Pursuant to the Order entered on March 1, 2018 (Doc. 14), Defendants Predi, Medical Staff (Robinson CC) and Medical Staff (Big Muddy CC) were dismissed with prejudice from this action. Defendants Director IDOC, Conners/Conder, Gates, Sheirers, Wells, Lamb, Adams, Donahue and Larrest were dismissed without prejudice from this action. The Claims against Defendants Maue, Estato, Butler, Beyler/Baylor, Tubbs, Goings, Cunningham, Dr. Shev/Shef, Collins and Tammy were severed into new cases.

    Plaintiff, John D. Haywood, shall take nothing from this matter.

    **IT IS SO ORDERED.**

DATED: July 7, 2020              MARGARET M. ROBERTIE, Clerk of Court
                                              *s/ Dana Winkeler*
                                              Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge